UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHEA RENEE RENCH-SCHRUM,

    Plaintiff,

File No: 1:09-cv-949

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
                                    /

## MEMORANDUM OPINION AND ORDER ADOPTING
## MAGISTRATE'S REPORT AND RECOMMENDATION

On July 22, 2010, the Magistrate Judge issued a Report and Recommendation ("R&R") in this social security action recommending that the decision of Defendant Commissioner of Social Security ("Commissioner") be vacated and the matter remanded to the Commissioner for further administrative proceedings and continuation of the sequential analysis of Plaintiff's claim. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**ACCORDINGLY**, the R&R is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the decision by the Commissioner of Social Security is hereby **VACATED** and the matter **REMANDED**.

Dated: August 31, 2010                                /s/ Robert Holmes Bell
                                                                              ROBERT HOLMES BELL
                                                                              UNITED STATES DISTRICT JUDGE